FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Wi-Fi One, LLC　　v. Broadcom Corporation

No. 15-1946

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for:　Wi-Fi One, LLC
　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☒ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

　Name:　　　　　　　G. Donald Puckett
　Law firm:　　　　　Skiermont Puckett LLP
　Address:　　　　　 2200 Ross Avenue, Suite 4800W
　City, State and ZIP: Dallas, TX 75201
　Telephone:　　　　 214-978-6600
　Fax #:　　　　　　 214-978-6601
　E-mail address:　　Donald.Puckett@skiermontpuckett.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/25/2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　　☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/31/15
Date

G. Donald Puckett
Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, the foregoing Entry of Appearance was served on the following counsel of record by U.S. Mail and electronic mail

    Dominic E. Massa
    Wilmer Cutler Pickering Hale and Dorr, LLP
    60 State Street
    Boston, MA 02109
    Dominic.massa@wilmerhale.com

*Counsel for Broadcom Corporation*

DATED: August 31, 2015

                        */s/ Steven Udick*
                        Steven Udick
                        **SKIERMONT PUCKETT LLP**
                        2200 Ross Avenue, Suite 4800W
                        Dallas, Texas 75201
                        (214) 978-6600 (telephone)
                        (214) 978-6601 (facsimile)
                        Steven.Udick@skiermontpuckett.com

                        *Counsel for Appellant*
                        *Wi-Fi One, LLC*